WM 21-491 PO
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

NORMA ROMERO,                                            **Docket No.:**

                                    Plaintiff,

                                                          **JURY DEMAND**
            -against-                                     **OF DEFENDANT**

WAL-MART STORES EAST, LP,

                                    Defendant.
-------------------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 38, Defendant hereby demands a trial by

jury in the above-captioned action of all issues triable by jury.

Dated: Northport, New York
        March 9, 2022

                                        Yours, etc.

                                        BRODY, O'CONNOR & O'CONNOR, ESQS.
                                        Attorneys for Defendant

                                By:     _Patricia A. O'Connor_
                                        PATRICIA A. O'CONNOR (PO 5645)
                                        7 Bayview Avenue
                                        Northport, New York 11768
                                        (631) 261-7778
                                        File No.: WM 21-491 PO

TO:     FOULKE LAW FIRM
        Attorneys for Plaintiff
        55 Main Street
        Goshen, New York 10924
        (845) 294-4308